**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                             CASE NO: 8:92-cr-373-T-26MAP

ERASMO IBARRA-PEREZ
                                                              /

## O R D E R

Upon due consideration, and in light of the indistinguishable case of <u>United States v. Jordan</u>, 216 F.3d 1248 (11th Cir. 2000), it is ordered and adjudged as follows:

1) The Government's Motion to Sentence Defendant In Absentia (Dkt. 334) is granted.

2) The Court will conduct a sentencing hearing on Friday, November 21, 2008, at 9:30 a.m.

**DONE AND ORDERED** at Tampa, Florida, on September 15, 2008.

                                                              s/*Richard A. Lazzara*
                                                              **RICHARD A. LAZZARA**
                                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record